


**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN YOUNG,<br><br>Defendant. | ) | 2:12-CR-126-JCM-(PAL) |

**ORDER OF FORFEITURE**

On May 3, 2012, defendant STEPHEN YOUNG pled guilty to a One-Count Criminal Information charging him with Wire Fraud in violation of Title 18, United States Code, Section 1343 and agreed to the forfeiture of property set forth in the Forfeiture Allegation in the Criminal Information and Plea Agreement. Criminal Information, ECF No. 1; Plea Memorandum, ECF No. 5.

This Court finds that STEPHEN YOUNG shall pay a criminal forfeiture money judgment of $132,000 in United States Currency to the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Criminal Information, ECF No. 1; Plea Memorandum, ECF No. 5.

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from STEPHEN YOUNG a criminal forfeiture money judgment in the amount of $132,000 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this 8th day of Aug, 2013.

UNITED STATES DISTRICT JUDGE