# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>STEPHEN YOUNG,<br><br>　　　　　Defendant(s). | 2:12-CR-126 JCM (PAL) |

### ORDER

Presently before the court is defendant Stephen Young's motion to extend self-surrender date. (Doc. # 27) This motion seeks to delay defendant's self-surrender date to January 6, 2013.

As this date as already passed, the motion will be denied as moot.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion to extend self-surrender date (doc. # 27) be, and at the same time hereby is, DENIED as moot.

DATED March 6, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**